FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation
James D. Claytor (SBN 53305)
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA  94549
Tel.:   (925) 284-3020
Fax:   (925) 284-3029
E-mail: JClaytor@foleymcintosh.com

Attorneys for Plaintiff and Counter Defendant
YASH TECHNOLOGIES, INC.,,an Illinois corporation
and Counter Defendant Suresh Yenkatasamy

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation<br><br>          Plaintiff,<br><br>vs.<br><br>SURREX SOLUTIONS CORPORATION<br><br>          Defendant<br><br>And related Cross-Action | Case No.: CV11-00909 SJO (VBKx)<br><br>**PROTECTIVE ORDER** |

Based upon the Stipulation of counsel and finding good cause therefore, it is hereby Ordered that:

1.  The parties, their counsel, and all other persons or entities subject to the Protective Order, shall not use any portions of Surrex's Financial Statements produced during this case for any purpose whatsoever other than in preparation for and trial of the above-captioned proceeding or any appeals thereof unless prior specific written authorization is provided by Surrex.

2.  Surrex's Financial Statements or portions thereof produced by counsel for Surrex shall not be disclosed directly or indirectly to any person who receives same other than to the following persons:

    a.  A party to this action;

    b.  Counsel for any party to this action;

    c.  A consultant retained or considered for retention to assist in connection with the above-captioned proceeding by counsel for a party to this action provided each such person signs a written Non-Disclosure Certificate agreeing to adhere the terms of this Stipulation.;

    d.  Outside photocopying or graphic production services or litigation support services employed by counsel to assist in the above-captioned proceeding;

    e.  The Court and Court personnel, court reporters, stenographers, jurors and alternative jurors, if any;

    f.  Percipient witnesses including any person while testifying at deposition or hearing.  Such witness must sign a written Non-Disclosure Certificate agreeing to adhere the terms of this Stipulation.

    g.  A neutral or mediator agreed to by the parties or appointed by the Court.

3.  Any portion of Surrex's Financial Statements which is to be used or filed with the Court in this action and any pleading or paper containing same shall be lodged with the Court provisionally under seal in accordance with Local Rule 79-5.1; any other

party to this shall then have ten (10) days from receipt of notice of such lodging to move the Court for an Order requiring that the document be filed under seal.

4. The Protective Order shall not preclude, limit, restrict or otherwise apply to the use of the documents at trial. Prior to trial, upon application by any party, the Court may establish procedures for use at trial of the documents.

5. If any material subject to the Protective Order is disclosed to any person other than in the manner authorized by the Order, the party responsible for the disclosure shall immediately upon learning of such disclosure inform Surrex of all pertinent facts relating to the disclosure, and shall make every effort to retrieve the material and to prevent any disclosure by any unauthorized person.

6. The inadvertent failure to designate any material produced in discovery that is deemed by the party producing the material as confidential and/or a trade secret shall not be deemed a waiver of such claim.

7. Any person may move the Court for a modification of or relief from the terms of the Protective Order at any time upon Notice to all parties. The Court may modify or grant relief from the terms of the Protective Order upon request of any person if, in the exercise of the Court's discretion, there is good cause.

8. Within 60 days after the final disposition of the above-captioned proceeding or any appeals therefrom, whether by judgment, settlement or otherwise, all material produced under the terms of this Protective Order that is contended to be confidential, including any portion of Surrex's Financial Statements, shall be returned to the party producing the material or shall be certified as having been destroyed. Notwithstanding the previous provisions, counsel may retain a copy of any document filed with the Court.

9. The Protective Order shall survive the termination of this litigation and the Court shall retain continuing jurisdiction to enforce its terms.

1  Dated: December  5 , 2011

_____/s/_____

The Honorable Victor B. Kenton
Unites States District Court Magistrate Judge